UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

LUCRE, INC.,

Debtor.

Case No. 1:06-cv-00253-GJQ

BK. No. 05-21732

Chapter 11

_____/

### ORDER RE: LUCRE'S MAY 24, 2006 MOTION

At a session of said Court, held in and for said district on _____, 2006.

PRESENT: HON. GORDON G. QUIST
United States District Judge

On May 24, 2006, Lucre, Inc. filed a Motion entitled "Motion to Supplement the Record on Appeal." That motion is filed in connection with a claim of appeal filed by Lucre of an Order of the Bankruptcy Court dated March 20, 2006, regarding the application of the automatic stay to an executory contract for post-petition services.

Lucre's May 24, 2006, motion requests that it be allowed to supplement its April 4, 2006, designation of items to be included in the record on appeal to add six additional documents, five of which were filed with the Bankruptcy Court after April 4, 2005, and one of which is SBC's renewed motion for relief from stay. The Court is persuaded that these additional items should be included in the record on appeal. Lucre's motion is therefore granted. The Court directs the Clerk of the Court to prepare a supplemental designation of the items to be included in the record on appeal to include the following items:

1. Motion by Debtor to Accept the Interconnection Agreement with SBC (Bankruptcy Court Docket No. 149);

2. Complaint for Temporary Restraining Order and Preliminary Injunction (Bankruptcy Court Docket No. 156);

3. Order Re: Lucre's April 27, 2006 Motion (Adversary Proceeding Docket No. 9).

4. Preliminary Injunction Re: Debtor/Plaintiff's April 27, 2006 Motion (Adversary Proceeding Docket No. 15);

5. SBC Michigan's Renewed Motion for Relief from Stay (Bankruptcy Court Docket No. 122);

6. Debtor's Motion for Use of Property of the Estate Other Than in the Ordinary Course of Business (Bankruptcy Court Docket No. 169).

Dated:    June 1   , 2006                    s/Gordon J. Quist
                                             Honorable Gordon J. Quist
                                             United States District Court Judge

1259220_1.DOC